UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
OCT 22 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FERNANDO R. FLORES
#20020022164

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

AREA 5 DISTRICT POLICE STATION, AND IT'S CHICAGO POLICE DEPT. OFFICER(S) (PLEASE ALLOW THIS DOCUMENT TO BE AMENDED).

Case No: **03C 7469**
(To be supplied by the Clerk of this Court)

JUDGE ANDERSEN

MAGISTRATE JUDGE KEYS

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

__X__     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983** U.S. Code (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331(a)** U.S. Code (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

   A.  Name: FERNANDO R. FLORES

   B.  List all aliases: NONE

   C.  Prisoner identification number: #200200022164

   D.  Place of present confinement: COOK COUNTY JAIL

   E.  Address: P.O. BOX 089002, CHI IL, 60608.
   (PLEASE ALLOW THIS DOCUMENT TO BE AMENDED)
   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A.  Defendant: IS UNKNOWN CHICAGO POLICE OFFICER(S)

      Title: CHICAGO POLICE OFFICER

      Place of Employment: GRAND AND CENTRAL, AREA 5 POLICE STATION.

   B.  Defendant: UNKNOWN CHICAGO POLICE OFFICER(S)

      Title: CHICAGO POLICE OFFICER

      Place of Employment: GRAND AND CENTRAL, AREA 5 POLICE STATION

   C.  Defendant: UNKNOWN CHICAGO POLICE OFFICER(S)

      Title: CHICAGO POLICE OFFICER

      Place of Employment: GRAND AND CENTRAL, AREA 5 POLICE STATION

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

   (Please allow this document to be amended.)

III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (X) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES ( ) NO (X)

C. If your answer is YES:

1. What steps did you take?

Does not apply, to to "(III. Answer F.)" of this complaint.

2. What was the result?

N/A

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

N/A

D. If your answer is NO, explain why not:

N/A

E. Is the grievance procedure now completed? YES ( ) NO ( ) N/A

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (X) NO ( )

G. If your answer is YES:

1. What steps did you take?

   Complained Made to office of proffesional Stondards (O.P.S.).

2. What was the result?

   O.P.S. is conducting an Investigation concerning this complaint.

H. If your answer is NO, explain why not:

   N/A

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

   A. Name of case and docket number: __N/A__

   B. Approximate date of filing lawsuit: __N/A__

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: __N/A__

   D. List all defendants: __N/A__

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __N/A__

   F. Name of judge to whom case was assigned: __N/A__

   G. Basic claim made: __N/A__

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __N/A__

   H. Approximate date of disposition: __N/A__

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

## V. Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) 4th Amendment: The plaintiff has suffered and is still suffering from the defendants direct violation of the Fourth Amendment to be free from illegal search and seizure, which led to the plaintiffs arrest; constituting a direct violation irreparable of the plaintiffs due process rights, including but not limited to; violation of the 48 hour rule exceeding over a 72 hour period.

(2) 5th Amendement: The plaintiff has suffered and is still suffering from the defendants direct violation of the Fifth Amendment to be free from testifying or making any statement against hemself which the plaintiff was forced to do while in custody of the defendants; constituting a direct violation irreparable of the plaintiffs due process rights.

(3) 6th Amendement: The plaintiff has suffered and is still suffering from the defendants direct violation of the Sixth Amendment which holds that the plaintiff has a right to counsel and a right to talk to family, while the plaintiff was illegally seized in the custody of

THE DEFENDANTS; CONSTITUTING A DIRECT VIOLATION, IRREPARABLE, OF THE PLAINTIFFS RIGHT TO ADDRESS AND SPEAK WITH HIS ATTORNEY OR TO MAKE ANY PHONE CALLS, CAUSING AN ILLEGAL CUSTODIAL INTERROGATION.

(4) 8th AMENDMENT: THE PLAINTIFF HAS SUFFERED AND IS STILL SUFFERING FROM THE CRUEL AND UNUSUAL PUNISHMENT THE DEFENDANTS HAVE PLACED ON THE PLAINTIFF, WHICH HAS LED TO THE ILLEGAL CUSTODIAL INTERROGATION, AFTER THE PLAINTIFF WAS CHOAKED/BEATEN AND FORCED TO MAKE STATEMENTS; CONSTITUTING A DIRECT VIOLATION, IRREPARABLE, OF THE PLAINTIFFS DUE PROCESS RIGHTS.

(5) 14th AMENDMENT: THE PLAINTIFF(S) HAVE SUFFERED AND IS STILL SUFFERING FROM THE DEFENDANTS ILLEGAL ACTS AND WAS NOT ABLE TO KEEP HIS HOME, BECAUSE THESE SAME DEFENDANTS ENTERED THE PLAINTIFFS HOME DWELLING WITH NO SEARCH WARRANT, AND FORCING (physically/verbally) OTHER FAMILY MEMBERS OF THE PLAINTIFF TO SIGN CONSENTS AND MAKE STATEMENTS AGAINST THE PLAINTIFF CONSTITUTING A DIRECT VIOLATION, IRREPARABLE, OF THE PLAINTIFF(S) DUE PROCESS RIGHTS.

("PLEASE ALLOW THIS DOCUMENT TO BE AMENDED.")

Revised 4/01

## VI. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

THE PLAINTIFF, IN ACCORDANCE WITH THE MANY CONSTITUTIONAL VIOLATIONS SET FORTH IN HIS STATEMENT OF CLAIM, ASK THIS HONORABLE COURT TO AWARD THIS PLAINTIFF A DECLATORY JUDGEMENT AGAINST THE DEFENDANTS FOR THIER ILLEGATIMATE ACTIONS TOWARD THE PLAINTIFF(S) FOR MALICIOUS PROSECUTION, AND A MONETARY AWARD OF $1,000,000 (ONE MILLION DOLLARS) BECAUSE THE PLAINTIFF(S) IS STILL SUFFERING WITHOUT RELIEF.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __19th__ day of __Oct__, 20__03__

_____

_____

_Fernando R. Flores_
(Signature of plaintiff or plaintiffs)

FERNANDO R. FLORES
(Print name)

#20020022164
(I.D. Number)

P.O. Box 089002
CHICAGO IL, 60608
Div-9
(Address)