UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

NOV 2 4 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_FERNANDO R. FLORES_

_#200200022164_

**DOCKETED**

NOV 2 4 2003

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: _03 C 7469_
(To be supplied by the Clerk of this Court)

_WATCH COMMANDER;_

_CAPTAIN FATCH AND THE_

_JOHN DOE OFFICER(S) (UNKNOWN AT THIS TIME)_

_UNDER HIS COMMAND AT THE_

_AREA 5 DISTRICT, CHICAGO_

_POLICE STATION, ET Al._

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**        **AMENDED COMPLAINT**

✓        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
        **U.S. Code** (state, county, or municipal defendants)

_____        **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
        **28 SECTION 1331(a) U.S. Code** (federal defendants)

_____        **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

5

**I.    Plaintiff(s):**

A.    Name: _FERNANDO R. FLORES_

B.    List all aliases: _NONE_

C.    Prisoner identification number: _20020022164_

D.    Place of present confinement: _COOK COUNTY JAIL_

E.    Address: _P.O. BOX 089002, CHICAGO IL, 60608, DIV-9 3-E_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _FATCH (They would not disclose his first NAME or Badge #)_

Title: _CAPTAIN / 2nd shift WATCH Commander_

Place of Employment: _AREA 5 DISTRICT, CHICAGO POLICE STATION_

B.    Defendant: _JOHN DOE_

Title: _CHICAGO POLICE DETECTIVE_

Place of Employment: _AREA 5 DISTRICT, CHICAGO POLICE STATION_

C.    Defendant: _JOHN DOE_

Title: _CHICAGO POLICE DETECTIVE_

Place of Employment: _AREA 5 DISTRICT, CHICAGO POLICE STATION_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

_( please Allow document to be AmenDED for further including of_
_JOHN DOE(S) /OFFICERS) which names are not available at this_
_time etc. )_

III.    **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (X)  NO ( )   If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES ( )  NO (X)

C.    If your answer is **YES**:

1.    What steps did you take?

_____ *N/A* _____

2.    What was the result?

_____ *N/A* _____

3.    If the grievance was not resolved to your satisfaction, did you appeal?

What was the result (if there was no procedure for appeal, so state.)

_____ *N/A* _____

D.    If your answer is **NO**, explain why not:

*pleas go to Answer (F)*

E.    Is the grievance procedure now completed?   YES ( )   NO (✕)   *N/A*

F.    If there is no grievance procedure in the institution, did you complain to authorities?   YES (✕)   NO ( )

G.    If your answer is **YES**:

   1.   What steps did you take?

   *MADE an investigatory complaint to O.P.S.*

   *OFFICE OF PROFFESSIONAL STANDARDS.*

   2.   What was the result?

   *NO Response!*

H.    If your answer is **NO**, explain why not:

   *N/A*

IV.     List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.      Name of case and docket number: _____ *N/A* _____
_____

B.      Approximate date of filing lawsuit: _____ *N/A* _____

C.      List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____ *N/A* _____
_____

D.      List all defendants: _____ *N/A* _____
_____
_____

E.      Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ *N/A* _____

F.      Name of judge to whom case was assigned: _____ *N/A* _____

G.      Basic claim made: _____ *N/A* _____
_____

H.      Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
_____ *N/A* _____

H.      Approximate date of disposition: _____ *N/A* _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## V.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe precisely how each
defendant is involved.  Include also the names of other persons involved, dates, and places.
**Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege
a number of related claims, number and set forth each claim in a separate paragraph. (Use
as much space as you need.  Attach extra sheets if necessary.)

In making this formal complaint I state the following. These
officer(s)/defendant(s) acting in their official capacity violated the
plaintiffs civil Rights on MARCH 15th, 2002 THRU the day of MARCH 18th,
2002 including but not limited to due process of Law, and the
4th, 5th, 6th, 8th and 14th Amendment Rights of plaintiff, which includes
as follows.

① 4th amendment: THe plaintiff has suffered and is still suffering from the
defendants direct violation of the Fourth Amendment to be free from
illegal search and seizure which led to the plaintiffs arrest,
constituting a direct violation irreparible of the plaintiffs Due process
Rights, including but not limited to; violation of 48 hour rule ex-
ceeding over a 72 hour period.

② 5th Amendment: THE plaintiff has suffered and is still suffering
from the defendants direct violation of the FIFTH Amendment to be
free from Testifying or making "any" statement against himself
which the plaintiff WAS FORCED to do while in custody of the
Defendants; constituting a direct violation irreparible of the plaintiffs
Due process Rights.

③ 6th Amendment: THE plaintiff has suffered and is still suffering

Revised 4/01

6

( "please allow this Document to be Amended." )

from the Defendants direct violation of the sixth Amendment which holds that the plaintiff has a Right to Counsel and a Right to talk to Family, while the plaintiff was illegally seized in the custody of the defendants; Constituting a direct violation, irreparible, of the plaintiffs Right to Address and speak with his Attorney or to make any phone calls, causing an illegal Custodial interrogation.

④ 8th Amendment: THE plaintiff has suffered and is still suffering from the cruel and unusual punishment the defendants have placed on the plaintiff, which has led to the illegal custodial interrogation, after the plaintiff was chooked/beaten and forced to make statements; constituting in a direct violation, irreparible of the plaintiffs Due process Rights.

⑤ 14th Amendment: THE plaintiff has suffered and is still suffering from the defendants illegal acts and was not able to keep his Home dwelling, ~~~~ Because these same defendants entered the plaintiffs Home Dwelling with no Search warrant, and Forcing (physically/verbally) other Family members of the plaintiff to sign Consent and make statements against the plaintiff constituting a direct violation, irreparible, of the plaintiffs Due process Rights.

("Please allow this Document to be Amended.")

## VI.    Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

THE plaintiff who's Rights have been violated and continue to be violated
with many constitutional violations set forth in this statement of claim, ask
this Honorable court to AWARD this plaintiff monetary and Declatory Judgements,
including but not limited to the cost of the plaintiffs Bond, which he was made to
stay per year, mental stress at the cost of the plaintiffs Bond per year, Emotional damages at
the cost per year, AND punitive damages which is not likely to be redressed except by this
relief at 1,000,000.∞, which this total concludes at 1.3 MIL. AND whatever more this court
Deems Appropiate.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information
and belief.  I understand that if this certification is not correct,
I may be subject to sanctions by the Court.

Signed this _19th_ day of _November_, 20_03_

_Fernando R. Flores_
_____

_____

(Signature of plaintiff or plaintiffs)

FERNANDO R. FLORES
(Print name)

#200200022164
(I.D. Number)

P.O. Box 089002

CHICAGO IL, 60608

DIV-9,    3-E
(Address)

(Please allow this document to be Amended.")