IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JAN 29 2007
WAYNE R. ANDERSEN
U.S. DISTRICT COURT JUDGE

FERNANDO R. FLORES, pro se )
)
    Plaintiff, )
) NO. 03 C 7469
vs. )
)
DETECTIVE MARK PAWELSKI, STAR NO. )
21098, DETECTIVE FREDERICK SPARANO )
STAR NO.21233, AND OTHER JOHN DOE ) JUDGE ANDERSEN
OFFICER(S) (UNKNOWN AT THIS TIME), )
AT THE AREA 5 DISTRICT, CHICAGO ) MAGISTRATE JUDGE VALDEZ
POLICE STATION. ET AL. )
)
    Defendant. )

## RELEASE AND SETTLEMENT AGREEMENT

Plaintiff, Fernando R. Flores, pro se, and the City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, and defendants, Mark Pawelski and Frederick Sparano by one of their attorneys, Mary McCahill, Assistant Corporation Counsel, herein stipulate and agree to the following:

1.     This action has been brought by Plaintiff, Fernando R. Flores, pro se, against defendants, Mark Pawelski and Frederick Sparano and makes certain allegations contained in Plaintiff's Complaint.

2.     Defendants deny each and every allegation of wrongdoing as stated in Plaintiff's Complaint, and, further, deny liability.

3.     The parties acknowledge that settlement of this claim is not an admission of liability, or of unconstitutional or illegal conduct by or on the part of any defendant and/or the City of Chicago's future, current or former officers, agents and employees, and shall not serve as evidence or notice of any wrongdoing by or on the part of any defendant and/or the City of Chicago's future,

current or former officers, agents and employees. The parties further acknowledge that settlement is made to avoid the uncertainty of the outcome of litigation and the expense in time and money of further litigation and for the purpose of judicial economy. Plaintiff, pro se, agrees that he shall not use this settlement as notice of misconduct on the part of any defendant and/or the City of Chicago's future, current or former officers, agents and employees, or for any other purpose in any other litigation, and that any such use is inconsistent with the terms of this Release and Settlement Agreement.

4. In consideration of the hereinafter indicated settlement entered pursuant to this Release and Settlement Agreement, Plaintiff, Fernando R. Flores, pro se, agrees to dismiss with prejudice all of his claims against defendants, Mark Pawelski and Frederick Sparano, with each side bearing its own costs and attorneys' fees.

5. Plaintiff, Fernando R. Flores, accepts a settlement from defendants, in the total amount of FOUR THOUSAND FIVE HUNDRED AND NO/100 ($4,500.00) DOLLARS, with each side bearing its own costs and attorneys' fees.

6. The City of Chicago agrees to pay Plaintiff the total settlement amount within sixty (60) days after receipt by the Corporation Counsel's Office of a file-stamped copy of the Agreed Order of Dismissal. This sum shall be payable solely by the City of Chicago, and Plaintiff agrees that he will not seek payment from any source other than the City of Chicago. The settlement check will be made payable to Plaintiff and lien claimants, if any, of which the City has notice.

7. In consideration of this settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, Plaintiff agrees to indemnify and hold harmless the City of Chicago, and its future, current, or former officers, agents and employees including, but not limited

to, the individual defendants, Mark Pawelski and Frederick Sparano, from any claims, losses, damages or expenses, including attorneys fees and costs incurred, or which may be incurred, by reason of any lien or any other claim or interest held by any person, entity or corporation against any moneys received or to be received by Plaintiff under the settlement entered pursuant to this Release and Settlement Agreement.

8. Plaintiff understands and agrees that in consideration of the settlement entered pursuant to this Release and Settlement Agreement, Plaintiff does hereby release and forever discharge on behalf of himself his heirs, executors, administrators and assigns, all claims he had or has against defendants, Mark Pawelski and Frederick Sparano, and the City of Chicago, and its future, current or former officers, agents and employees, including but not limited to all claims he had, has, or may have in the future, under local, state, or federal law, arising either directly or indirectly out of the incident which was the basis of this litigation, and that such release and discharge also is applicable to any and all unnamed and/or unserved defendants.

9. This Release and Settlement Agreement and any documents that may be executed under paragraph 12 herein contain the entire agreement between the parties with regard to the settlement of this action, and shall be binding upon and inure to the benefit of the parties hereto, jointly and severally, and the heirs, executors, administrators, personal representatives, successors, and assigns of each.

10. This Release and Settlement Agreement is entered into in the State of Illinois and shall be construed and interpreted in accordance with its laws. Terms contained herein shall not be construed against a party merely because that party is or was the principal drafter.

11. In entering into this Release and Settlement Agreement, Plaintiff represents that he

understands the terms of this Release and Settlement Agreement and that terms are fully understood and voluntarily accepted by Plaintiff. Plaintiff also represents and warrants that no other person or entity has or has had any interest in the claims or causes of action referred to herein, that he has the sole right and exclusive authority to execute this Release and Settlement Agreement and receive the sums specified herein, and that he has not sold, assigned, transferred, conveyed, or otherwise disposed of any of the claims or causes of action referred to herein.

12. All parties agree to cooperate fully and to execute a Stipulation to Dismiss and any and all supplementary documents and to take all additional actions which are consistent with and which may be necessary or appropriate to give full force and effect to the basic terms and intent of this Release and Settlement Agreement.

*[signature]*
Fernando R. Flores, plaintiff, pro se

Address: p.o. Box 499, Graham Correctional center, Hillsboro, IL. 62049

Date of birth: 02/06/69

*SSN: _____

DATE: 08/15/06

*Providing SSN is voluntary

CITY OF CHICAGO
a Municipal Corporation

Mara S. Georges
Corporation Counsel
Attorney for City of Chicago

BY: *[signature]* /M.M.
Jeffrey Givens
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1600
Chicago, Illinois 60602
(312) 744-6922
Atty. No.

*[signature]*
Mary McCahill
Assistant Corporation Counsel
Attorney for defendants
Mark Pawelski and Frederick Sparano
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-6404
Attorney No. 6277989

DATE: 1/18/07

4